# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-705
Lower Tribunal No. 21-9405
_____

## Thomas E. Graham, JR.,
Appellant,

vs.

## Bal Harbour Civic Association, Inc., et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

ADR Miami LLC, and Juan Ramirez, Jr., for appellant.

Bercow Radell Fernandez Larkin + Tapanes, and Thomas Robertson and Nicholas J. Rodriguez, for appellees.

Before FERNANDEZ, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

Affirmed. See United States v. 16.33 Acres of Land, 342 So. 2d 476 (Fla. 1977); Smith v. Horn, 70 So. 435 (Fla. 1915).